UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case Number: 07 CV 6246

Marc Weill, Tom Groos and Joseph Cohen

v.

Earth Biofuels, Inc.,

## AFFIDAVIT OF SERVICE

My name is Vincent P. Sandora. I am over the age of eighteen years and have no interest in the above cause. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.

Received by Lightspeed Couriers on the 9th day of July, 2007 at 11:00 am to be served on Earth Biofuels, Inc., 3001 Knox St., Dallas, TX 75205.

I, Vincent P. Sandora, being duly sworn, depose and say that on the 9th day of July at 2:30 pm, I personally delivered a true copy of Summons, Complaint and Judges' Individual Practices with date of delivery endorsed thereon by me, to Earth Biofuels Inc., by delivering to Kit Chambers, Executive Vice President and Secretary at 3001 Knox Street, #403, Dallas, TX 75205.

_____
Affiant

Subscribed and Sworn to before me on the 24th day of July, 2007 by Vincent P. Sandora.

_____
Notary Public



MARTHA SANCHEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 03-01-2009