**ORIGINAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARC WEIL, TOM GROOS, and JOSH COHEN, :

                Plaintiffs,       :

              -against-       :

EARTH BIOFUELS, INC.,       :

              Defendant.       :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

ORDER

07 Civ. 6246 (BSJ)(KNF)

        IT IS HEREBY ORDERED that the parties shall notify the Court in writing upon the

resolution of the Chapter 11 bankruptcy proceedings, or if the stay provided by 11 U.S.C. §

362(a) is lifted by any other means.

Dated: New York, New York
       August 10, 2007

SO ORDERED:

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE