UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MARC WEILL, TOM GROOS and JOSH COHEN,

                            Plaintiffs,                  **07 Civ. 6246 (BSJ)**

  – against –

                                                           **NOTICE OF DISMISSAL**
EARTH BIOFUELS, INC.,                            **PURSUANT TO RULE**
                                                            **41(a)**

                            Defendant.
-------------------------------------------------------------------x

       PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs Marc Weill, Tom Groos and Josh Cohen, by and through their attorneys, Emery Celli Brinckerhoff & Abady LLP, hereby voluntarily dismiss the above-referenced action without prejudice.

Dated:  New York, New York
          January 22, 2008

                                               EMERY CELLI BRINCKERHOFF
                                                  & ABADY LLP

                                     By: _____/s/_____
                                           Sarah Netburn (SN 4223)

                                           75 Rockefeller Plaza
                                           New York, New York 10038
                                           (212) 763-5000

                                           *Attorneys for Plaintiffs*