```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
2/5/08  dc
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARC WEILL, TOM GROOS and JOSH COHEN,

                Plaintiffs,                07 Civ. 6246 (BSJ)

  – against –

EARTH BIOFUELS, INC.,                 **NOTICE OF DISMISSAL
PURSUANT TO RULE
41(a)**

                Defendant.
------------------------------------------------------------x

        PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs Marc Weill, Tom Groos and Josh Cohen, by and through their attorneys, Emery Celli Brinckerhoff & Abady LLP, hereby voluntarily dismiss the above-referenced action without prejudice.

Dated: New York, New York
        January 22, 2008

                              EMERY CELLI BRINCKERHOFF
                              & ABADY LLP

                              By: _____/s/_____
                                  Sarah Netburn (SN 4223)

                              75 Rockefeller Plaza
                              New York, New York 10038
                              (212) 763-5000

                              *Attorneys for Plaintiffs*

SO ORDERED _____
Dated:             BARBARA S. JONES
                 U.S.D.J.

2/5/08